**Anthony MCNEISH, Plaintiff—Appellant,**

v.

**BIG SARGE BAIL BONDS ASSOCIATES INC.; Manley Yates; John Doe, Defendants—Appellees.**

No. 12–6633.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 1, 2012.

Decided: Aug. 10, 2012.

Anthony McNeish, Appellant Pro Se.

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony McNeish appeals the district court's order denying his motion for leave to amend his 42 U.S.C. § 1983 (2006) complaint after it was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McNeish v. Big Sarge Bail Bonds Assocs.,* No. 5:11–cv–00739–BO (E.D.N.C. Mar. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*